Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| CHARLES N. JONES | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 20-CV-1817 |
| v. | |
| NEW YORK STATE | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the case is administratively terminated.

| | |
|---|---|
| Date: December 18, 2020 | MARY C. LOEWENGUTH |
| | CLERK OF COURT |
| | |
| | By: s/ Jennifer |
| |      Deputy Clerk |